FILED

NOV 26 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | MO-14-CR-269 |
| | ) | |
| **ANDY HERNANDEZ** | ) | |

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On the 26th day of November, 2014, the Court considered the Defendant's Motion for Substitution of Counsel (Doc. 19) filed by Attorney Michael McLeaish in the above-referenced cause. The Court **GRANTS** said Motion.

**THEREFORE**, Attorney Novert A. Morales is authorized to withdraw and Attorney Michael McLeaish is substituted to represent the Defendant in the above-referenced cause.

It is so **ORDERED**.

Signed this 26th day of November, 2014.

_____
DAVID COUNTS
United States Magistrate Judge